**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____    Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Refugee Services of Texas, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | dba Refugee Services of North Texas |
| 3. | Debtor's federal Employer Identification Number (EIN) | 7 5 – 1 6 1 8 2 5 1 |

4. Debtor's address

**Principal place of business**

**9330 LBJ Freeway**
Number      Street

_____

**Dallas**          **TX**      **75243**
City                State    ZIP Code

_____
County

**Mailing address, if different from principal place of business**

_____
Number      Street

_____
P.O. Box

_____
City                State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number      Street

_____
City                State    ZIP Code

5. Debtor's website (URL)    **www.rstx.org**

6. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Refugee Services of Texas, Inc.** _____     Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☑ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

8  1  3  3

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11.  *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor __Refugee Services of Texas, Inc._____  Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.  District _____  When _____ Case number _____
                                         MM / DD / YYYY
            District _____  When _____ Case number _____
                                         MM / DD / YYYY
            District _____  When _____ Case number _____
                                         MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____  Relationship _____
             District _____  When _____
                                         MM / DD / YYYY
             Case number, if known _____

             Debtor _____  Relationship _____
             District _____  When _____
                                         MM / DD / YYYY
             Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?**  *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**  _____
                                 Number   Street
                                 _____

                                 _____  _____  _____
                                 City                              State   ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes.  Insurance agency _____
            Contact name     _____
            Phone            _____

---

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

Debtor **Refugee Services of Texas, Inc.** _____  Case number (if known) _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49  ☐ 1,000-5,000  ☐ 25,001-50,000
☐ 50-99  ☐ 5,001-10,000  ☐ 50,001-100,000
☐ 100-199  ☐ 10,001-25,000  ☐ More than 100,000
☒ 200-999

**15. Estimated assets**

☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☒ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000  ☒ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/03/2023
MM / DD / YYYY

X _(signed)_____
Signature of authorized representative of debtor

**Omar Khan**
Printed name

**Board President**
Title

Debtor **Refugee Services of Texas, Inc.** _____  Case number (if known) _____

| 18. Signature of attorney | X _[signature]_ Signature of attorney for debtor | Date **8/3/2023** MM /DD /YYYY |

**Jason Binford**
Printed name

**Ross, Smith & Binford, PC**
Firm name

**2003 N. Lamar Blvd.**
Number        Street

**Suite 100**

**Austin**                                                              **TX**           **78705**
City                                                                     State           ZIP Code

**(512) 351-4778**                                                **jason.binford@rsbfirm.com**
Contact phone                                                      Email address

**24045499**                                                          **TX**
Bar number                                                           State

**BOARD RESOLUTION AND WRITTEN CONSENT OF
REFUGEE SERVICES OF TEXAS, INC.**

July 14, 2023

The undersigned, being the current members of the board of directors (the "**Board**") of Refugee Services of Texas, Inc. (the "**Company**"), took the following actions, provided their written consent (the "**Written Consent**"), and adopted the following resolutions:

**WHEREAS** the Board has considered the financial and operational conditions of the Company and its business and reviewed the historical performance of the Company, the market for the Company's services and the current and long-term liabilities of the Company;

**WHEREAS** the Board has reviewed, considered, and received the recommendations and the advice of the Company's professionals and advisors, including from Ross, Smith & Binford, PC ("**RSB**" or the "**Law Firm**"), as general bankruptcy counsel, with respect to potential avenues for relief that are available to the Company, including the possibility of pursuing a bankruptcy filing under the United States Bankruptcy Code;

### Commencement of Chapter 7 Case on Behalf of the Company

**NOW, THEREFORE, BE IT RESOLVED** that, in the business judgment of each member of the Board, it is in the best interests of the Company and its creditors, employees, members, and other parties in interest that the Company file, or cause to be filed, a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code;

**RESOLVED FURTHER** that Omar A. Khan, President of the Company (the "**President**"), is hereby authorized to execute, deliver and file or cause to be filed, at such time when the President determines, in his informed good faith, business judgment that it is in the best interests of the Company, with the Bankruptcy Court a voluntary petition of the Company pursuant to Chapter 7 (the "**Petition**") of the Bankruptcy Code, in such form as prescribed by the Official Forms promulgated in connection with the Bankruptcy Code; and it is

**RESOLVED FURTHER** that upon the filing of the Petition as authorized by the previous resolution, the President or other duly appointed officers expressly authorized by the President to act (collectively with the President, the "**Authorized Officers**"), on behalf of the Company, be and hereby are, authorized and empowered to execute and deliver and file or cause to be filed with the Bankruptcy Court, all papers and pleadings necessary or convenient to facilitate the bankruptcy case and all of its matters and proceedings, and any and all other documents, including affidavits, necessary or appropriate in connection with the commencement of the Chapter 7 case of the Company, each in such form or forms as the Authorized Officer so acting may approve;

**RESOLVED FURTHER** that each Authorized Officer, on behalf of the Company, be and hereby is, authorized and empowered to execute and deliver and file or cause to be filed with the Bankruptcy Court, all papers and pleadings necessary or convenient to effect, cause or promote the Company liquidation pursuant to Chapter 7 of the Bankruptcy and any and all other documents,

including affidavits, or oral testimony necessary or appropriate in connection with the commencement of the Chapter 7 case of the Company, in such form or forms as the Authorized Officer so acting may approve;

**RESOLVED FURTHER** that each Authorized Officer, on behalf of the Company, be and hereby is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the Authorized Officer so acting shall deem appropriate to consummate any transactions necessary to effectuate the foregoing resolutions; provided, such attestation shall not be required for the validity of any such documents;

**RESOLVED FURTHER** that each Authorized Officer, on behalf of the Company, be and hereby is, authorized to certify and attest to any documents which he or she may deem necessary or appropriate to consummate any transactions necessary to effectuate the foregoing resolutions; provided, such attestation shall not be required for the validity of any such documents;

**RESOLVED FURTHER** that the engagement of the Law Firm in the representation of the Company as debtor, prior to and in any case commenced by the Company under the Bankruptcy Code, in accordance with the terms of the engagement letter between the Company and the Law Firm, and in all matters arising in connection therewith, is hereby approved, and each Authorized Officer be, and hereby is, authorized and empowered to retain such other attorneys, advisors, accountants, consultants or other professionals on behalf of the Company as the Authorized Officer so acting may determine to be necessary or appropriate;

**RESOLVED FURTHER** that each Authorized Officer, on behalf of the Company, be and hereby is, authorized to provide the Law Firm with retainers and other payments as the Authorized Officer may deem appropriate and as is mutually acceptable to the Authorized Officer and the Law Firm, and to give such instructions to the Law Firm as is deemed in the best interest of the Company, its creditors, equity security holders and other interested parties;

**RESOLVED FURTHER** that each Authorized Officer, on behalf of the Company, is authorized, empowered, and directed to take any further action necessary or appropriate to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**RESOLVED FURTHER** that all actions taken by the Authorized Officers, in the name of or on behalf of the Company, in connection with the possible reorganization or liquidation of the Company or any matters related thereto, or by virtue of these resolutions, are hereby in all aspects ratified, confirmed, and approved.

*[Signatures Appear on Following Page]*

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent, in one or more counterparts, as of the date set forth above.

| | |
|---|---|
| _____ <br> Omar A. Khan <br> President | _____ <br> Max Hoberman (Jul 24, 2023 16:21 CDT) <br> Max Hoberman <br> Vice President, Internal Operations |
| _____ <br> Holly Bellah <br> Vice President, Governance | _____ <br> Brian Novacek <br> Secretary, Vice President, External Affairs |
| | _____ <br> Danita Bynum <br> Treasurer |

3