

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 31, 2023

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| REFUGEE SERVICES OF TEXAS, INC., | § | Case No. 23-31689-mvl7 |
| | § | |
| Debtor. | § | |

**ORDER GRANTING DEBTOR'S MOTION SEEKING ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO REDACT CERTAIN PERSONALLY IDENTIFABLE INFORMATION FROM THE CREDITOR MATRIX, SCHEDULES, STATEMENTS, AND RELTAED DOCUMENTS**

Upon the motion (the "**Motion**")[1] of the Debtor for entry of an order authorizing the redaction of certain personally identifiable information from the Filed Documents, including the Creditor Matrix, Schedules, and Statement of Financial Affairs, and seeking related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of the case in

---

[1] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, the Debtor's creditors, and other parties in interest; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing thereon were appropriate under the circumstances and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDRED THAT:

1. The Motion is granted as set forth herein.

2. The Debtor is authorized, pursuant to Bankruptcy Code sections 105(a) and 107(c) to redact names and home addresses from the Filed Documents.

3. The redacted names and home addresses on the Filed Documents shall only apply to former clients of the Debtor. To the extent the Filed Documents include names and home addresses of individuals other than former clients of the Debtor, such names and home addresses shall not be redacted.

4. The Debtor shall provide unredacted copies of the Filed Documents to: (a) the Court; (b) the U.S. Trustee; (c) the Chapter 7 Trustee; and (d) any party in interest upon a written request to counsel for the Debtor (e-mail is sufficient) that is reasonably related to this Chapter 7 bankruptcy case; provided further that any receiving party shall not transfer or otherwise provide such unredacted document to any person or entity not party to the request. Counsel for the Debtor shall inform the U.S. Trustee promptly after denying any request for an unredacted document pursuant to this Order.

5. Any unredacted copy of the Filed Document provided by the Debtor pursuant to this Order shall include red-text language prominently displayed on the face of the unredacted

copy as follows: "CONFIDENTIAL INFORMATION SUBJECT TO THE ORDER OF THE U.S. BANKRUPCY COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION." In addition, a copy of this Order shall be included with any redacted copy of the Filed Documents provided by the Debtor.

6. The Court finds that, notwithstanding the language set forth in Local Bankruptcy Rule 9077-1 or otherwise, the Filed Documents shall remain redacted unless and until this Court grants further relief.

7. Any party authorized to receive the unredacted versions of the Filed Documents are hereby directed to redact the names home addresses from pleadings filed on the public docket in this Chapter 7 bankruptcy case.

8. The only entities permitted to review unredacted versions of the Filed Documents are those entities specified in this Order, except that the following entities shall also have access to the redacted information unless the Court specifically rules otherwise (1) the judge presiding over this case, (2) the law clerk to whom the matter is assigned internally by the presiding judge; (3) the Courtroom Deputy responsible for the matter; (4) the Clerk of the Court; and (5) the presiding judge and staff of any appellate tribunal.

9. Any party who receives the names and home addresses in accordance with this Order shall not disclose or otherwise disseminate this information to any other person or entity.

10. The relief granted in this Order is without prejudice to the rights of the U.S. Trustee and all other parties in interest to seek to access the information redacted by this Order.

11. The Debtor shall retrieve from the Clerk of the Court and dispose of all documents containing name and home addresses upon the closing of this Chapter 7 bankruptcy case.

12. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###End of Order###