**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:    **Refugee Services of Texas, Inc.**

CASE NO    **23-31689**

CHAPTER    **7**

*AMENDED 9/19/2023*
## VERIFICATION OF CREDITOR MATRIX

(Additional Creditors)

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  09/20/2023 _____

Signature _____

***Omar Khan***
***Former Board President***


Date _____

Signature _____

CHRISTINE CRUMPLER
304 THISTLEWOOD DR
AUSTIN, TX 78745

HOPE GOLDMAN
2619 WOODMONT TRL
FORT WORTH, TX 76133

HANNAH GOLDBERG
1781 SPYGLASS DRIVE APT #341
AUSTIN, TX 78746

HOLLY FORTES
1016 E BEDDELL
FORT WORTH, TX 76115

NESAR KAZIMI
12303 PLANO ROAD APT #263
DALLAS, TX 75243

KIRSTEN MYERS
14106 BRIAR PLACE DR
HOUSTON, TX 77077

KAYLEN RUNYAN
535 ARLINGTON STREET UNIT A
HOUSTON, TX 77007

CAROLINA MIRANDA ICAZBALCETA
516 E SLAUGHTER LN APT 701
AUSTIN, TX 78744

LAUREN RAMIREZ
15803 CHATHAM WOOD DRIVE
AUSTIN, TX 78717

SHANTEL HORTON
7309 DEERFIELD DRIVE
ROWLETT, TX 75089

JULIE THORNTON
3411 HILLDALE POINT
SAN ANTONIO, TX 78261

SHEETAL PATEL
1722 GREYSTONE RIDGE
SAN ANTONIO, TX 78258

MYRIAM SANDEZ CEBADOR
839 S GOOD LATIMER EXPY APT 2126
DALLAS, TX 75226

ELIZABETH LENZER
2863 OYSTER BAY DR
FRISCO, TX 75036

NURTI ANGGRAINI
1303 S. ROSEMONT. ST
AMARILLO, TX 79106

JOE PAREDES
5008 S. PARKER
AMARILLO, TX 79110

ANDREA SOLIZ
2406 SW 50TH
AMARILLO, TX 79110

CRYSTAL BUSTOS GARDEA
1324 SE 4TH AVE
AMARILLO, TX 79102

THURAYA LOHONY
5610 NICHOLAS DRIVE
AMARILLO, TX 79109

VIANEY BERENICE VAZQUEZ MORENO
602 S BIVINS ST
AMARILLO, TX 79104

LENNA HOKANSON
2100 W. MCAFEE LN
AMARILLO, TX 79118

BENJAMIN MODI
6040 BELPREE ROAD APT D244
AMARILLO, TX 79106

CLAUDIA CAZARES
4403 SE 11TH AVE
AMARILLO, TX 79104

YA KO
4015 NE 9TH AVE
AMARILLO, TX 79107

BAILIE MYERS
916 S MILAM ST
AMARILLO, TX 79102

MUZHDAH WALIZADA
1110 S CAROLINA STREET APARTMENT A
AMARILLO, TX 79102

QAHTAN A MUSTAFA
2201 PHILOMENA STREET
AUSTIN, TX 78723

SANGHEE DOBSON
4522 MIRAVAL LOOP
ROUND ROCK, TX 78665

RODRIGO JUAREZ JR.
8005 PINEDALE COVE, UNIT A
AUSTIN, TX 78761

RAQUEL GALVEZ
1709 MATTHEWS LN UNIT B
AUSTIN, TX 78745

ANGELIQUE MURUNGI
2724 PHILOMENA STREET # 223
AUSTIN, TX 78723

GREGORY HUYSMANS
13813 CAMBOURNE DRIVE
PFLUGERVILLE

JEANETTE GONZALEZ
9501 N. FM 620 RD., APT #24209
AUSTIN, TX 78726

ESPERANZA ONTIVEROS
1119 BADLANDS DRIVE
PFLUGERVILLE, TX 78660

LAILA SHNEEZAI
14008 MADRIGAL LN
PFLUGERVILLE, TX 78660

LEANNE JOHNSON
8700 BRIDGEPORT DR.
AUSTIN, TX 78758

ALEISHA KRUCK
1107 TAULBEE LANE, UNIT B
AUSTIN, TX 78757

ABDUL SHAFAQ
605 MASTERSON PASS, APT 633
AUSTI, TX 78753

YI JONGERIUS
1300 S. PLEASANT VALLEY ROAD 106
AUSTIN, TX 78741

MUZHDA SABAH
2126 GOODRICH AV 409
AUSTIN, TX 78704

RAFIQUE ALSAEEDI
9301 E US HIGHWAY 290, APT 1208
AUSTIN, TX 78724

ANNE ORTMAN
2109 RINGTAIL RIDGE
AUSTIN, TX 78746

JOEL ROSALES
9201 SIMMONS ROAD 116
AUSTIN, TX 78759

STEPHANIE LOPEZ
4705 CRAIGWOOD DRIVE
AUSTIN, TX 78725

MONTANA WOOD
1730 E OLTORF ST. #124
AUSTIN, TX 78741

JAWAD BABORI
1100 E OLTORF STREET APT 2-101
AUSTIN, TX 78704

SAYED HUSSEINI
12217 N IH 35 SVR NB
AUSTIN, TX 78753

MASOODA YUSUFZAI
17102 CARMEL CRICKET DR #D
PFLUGERVILLE, TX 78660

MAYA LOUK
2750 SUNRISE RD APT 1202
ROUND ROCK, TX 78665

KAREN JACKSON
1015 E. YAGER LANE #133
AUSTIN, TX 78753

AUSTIN SCHEIN
905 SABA COVE
CEDAR PARK, TX 78613

NOORULLAH BAKHTYAR
1100 E OLTORF STREET APT 4-101
AUSTIN, TX 78704

NAJIBULLAH RESHAD HAIDARI
2401 E OLTORF ST APT 1609
AUSTIN, TX 78741

THEANNA CHANTAROJWONG
2022 EAST SLAUGHTER LANE APT 5303
AUSTIN, TX 78747

NIZAMUDDIN NOORI
916 NORWOOD PARK BLVD APT 4305
AUSTIN, TX 78753

KIMBERLY MASON
15835 FOOTHILL FARMS LOOP, 2812
PFLUGERVILLE, TX 78660

ALYSON RILEY
2512 DURWOOD ST #110
AUSTIN, TX 78704

ALEXANDRIA ARROYO
5225 JAIN LANE APT 307
AUSTIN, TX 78721

MOHAMMAD TARIQ HUSSAINKHAIL
1100 E OLTORF STREET, APT 20-106
AUSTIN, TX 78704

HASEEBULLAH AHMADI
2401 E OLTORF ST
AUSTIN, TX 78741

ABDULLAH AZIZI
605 MASTERSON PASS APT 621
AUSTIN, TX 78753

BIBI NAQSHBANDI
701 CENTER RIDGE DR. APT, 425
AUSTIN, TX  78753

WAHED MIR
1100 EAST OLTORF ST. APT 34-104
AUSTIN, TX 78704

MOHAMMAD MOHMAND
1100 EAST OLTORF STREET #APT 08-103
AUSTIN, TX 78704

ADRIAN GOUHARI
2906 E MARTIN LUTHER KING JR BLVD
APT# 2217
AUSTIN, TX 78702

HAY MAN
12330 METRIC BLVD APT 4203
AUSTIN, TX 78758

ALLISON TINGLOV
8350 BLUFF SPRINGS RD. UNIT 1125
AUSTIN, TX 78744

JASMINE HERRERA
808 S Perkins St
Fort Worth, TX 76103

JOSE ECHEZURIA
8804 LASSIE GIRL LN
AUSTIN, TX 78724

KATELYN LILLEY
1008 W 25TH 1/2 STREET APT. 106
AUSTIN, TX 78705

ERIN KELCH
2632 CENTURY PARK BLVD #52
AUSTIN, TX 78727

EMORY HUGHES
203 DIAMOND TRAIL
GEORGETOWN, TX 78633

RODO HERNANDEZ
PO BOX 170553
AUSTIN, TX 78717

BHAVANI MADISETTI VEMIREDDY
8019 WHITWORTH LANE
ROUND ROCK, TX 78681

PAULA SANIN NARANJO
1200 BROADMOOR DR, APT A113
AUSTIN, TX 78723

KATHERINE CHENG
1016 LA POSADA DR. STE. 142
AUSTIN, TX 78752

FARAH ADEEB
11015 FOUR POINTS DR
AUSTIN, TX 78726

SHERAGHA FARHAD
1100 E OLTORF ST APT# 1-101
AUSTIN, TX 78704

LAILA ZAZAI
11501 GAELIC DRIVE
AUSTIN, TX 78754

SALAMA NIZEYIMANA
7504 SAGIRA PATH
AUSTIN, TX 78724

RICHARD CHANCEM
1826 WESTCREEK DR.
GARLAND, TX 75042

MARK HAGAR
649 RIDGEMONT DRIVE
ALLEN, TX 75002

FERESHTEH NARAGHIFARSHAD
703 BURR OAK DR
FRISCO, TX 75033

CHRISTIAN NGENDAHIMANA
1600 HOSSLER TRAIL
FORT WORTH, TX 76052

SAYED HEKMAT
12303 PLANO RD, #284
DALLAS, TX 75243

PAIGE SEYMOUR
603 SHERWOOD DR.
RICHARDSON, TX 75080

HUSSAIN AKHLAQI
513 AUBURN FOREST DRIVE
PRINCETON, TX 75407

MALLELYN LARQUIN COLLADO
4511 GREEN MEADOW DR
MCKINNEY, TX 75070

MARYAM SALAMAT
5513 FERN VALLEY LANE
MCKINNEY, TX 75070

ADINA SAKHI
9455 SKILLMAN ST, APT.2307
DALLAS, TX 75243

ZMARAK NOORZAI
12303 PLANO ROAD, APT 243
DALLAS, TX 75243

SHABANA NAIMZADA
1111 ABRAMS RD APT 212
RICHARDSON, TX 75081

ABDUL ALIZAI
9655 CHIMNEY HILL LANE APT 2106
DALLAS, TX 75243

ABDUL GHYASI
8515 PARKLANE, APT# 2301
DALLAS, TX 75231

EIMAL RAHMANI
12365 PLANO ROAD APT 8204
DALLAS, TX 75243

MARY GOWDY
5349 AMESBURY DR #2701
DALLAS, TX 75206

VASUDHA SALUR
5501 FERN VALLEY LANE
MCKINNEY, TX 75070

CAROLINA GARCIA
7110 SAN MATEO BLVD
DALLAS, TX 75223

JASMINE RAWAT
433 WEST PIONEER DRIVE
IRVING, TX 75061

LILIANA VALDES
796 PLATINUM DR
PRINCETON, TX 75407

ABIGAIL KLANSEK
679 SOUTH REED COURT #4510
LAKEWOOD, CO 80226

BHESHTA SHAHIM
2321 RANDI RD.
ROWLETT, TX 75088

ALISON CORDERO
250 NORTH 5TH ST APT 2202
GARLAND, TX 75040

BETHLEHEM HAILE
363 ROSEMARY DRIVE
WYLIE, TX 75098

GISELE IRADUKUNDA
9842 AUDELIA RD, #2103
DALLAS, TX 75238

ALYSSA DEQUEANT
4801 SUNNY BROOK DRIVE
ROWLETT, TX 75088

VALERIE JUMBA
540 BUCKINGHAM RD APT 931
RICHARDSON, TX 75081

ATEYEH PEDRAM
4628 NORMANDY LN
PLANO, TX 75093

AHMAD ELHAM
3605 LAUREN DRIVE
MCKINNEY, TX 75070

ANAHITA ROSTAMI
5709 SILVER BUCKLE DRIVE
MCKINNEY, TX 75070

MARIAN BAMUNDAGA
8107 MANDERVILLE LANE, APT 1308
DALLAS, TX 75231

JASMINE BUENO
2721 BOBWHITE BLVD
MESQUITE, TX 75149

FATEMEHSADAT HOSSEINI
4849 FRANKFORD ROAD
DALLAS, TX 75287

SHER IBRAHIMI
2809 WINDING OAK TRL
GARLAND, TX 75044

MOHAMMAD MONEER KHAIR
9590 FOREST LN #324
DALLAS, TX 75243

MATIULLAH MATI
12250 ABRAMS RD, APT 2174
DALLAS, TX 75243

LAURA SEPULVEDA
964 REBECCA DR
ALLEN, TX 75013

SAHAR DARGAI
6236 RIDGECREST RD APT#2424
DALLAS, TX 75231

MASSIULLAH AZIZI
9475 FORESTSPRINGS DR 1100
DALLAS, TX 75243

DULCE GARCIA
1028 W SPURGEON ST
FORT WORTH, TX 76115

LUISANA SANCHEZ
2821 SOUTHGATE DR.
FORT WORTH, TX 76133

ABDUL SEDIQI
9475 FOREST SPRINGS DR APT 2084
DALLAS, TX 75243

ULFATULLAH RAISKHAIL
9455 SKILLMAN STREET 2112
DALLAS, TX 75243

KHALID ISAR
8151 CIVIC CENTER DR, APT 208
ELK GROVE, CA 95757

BASIMA RUKHSAR
3683 WHITNEY DRIVE
FRISCO, TX 75034

ROOHA HAGHARMEHDIABADI
1405 BATTLEFIELD DRIVE
ROWLETT, TX 75089

ROBERT GUBSER
703 VALENCIA ST.
DALLAS, TX 75223

MARYNA TSELYKH
13290 NOEL RD APT 127
DALLAST, TX 75240

AZIMULLAH MUKHLES
APT# 3103 VANDERBILT DR
FORT WORTH, TX 76120

NASRIN ALLAHYARI
3806 FAIRFIELD PLACE
FRISCO, TX 75035

HEATHER SINCLAIR
12122 BELLAFONTE DR
DALLAS, TX 75243

AMINAH ALZUBI
8400 STONEBROOK PKWY, APT 428
FRISCO, TX 75034

GABRIELA AVILA
1100 LAKE CAROLYN PKWY APT 5007
IRVING, TX 75039

ANGELA MOYD
330 N 6TH STREET #1251
GARLAND, TX 75040

JENNA DOBYNS
3653 TIMBERGLEN ROAD APT 2101
DALLAS, TX 75287

RAYNALDO LARA
1961 TORONTO ST.
DALLAS, TX 75212

JAHEER AHMAD MUJTABA BEHSOODWAL
7317 HOLLY HILL DR APT 1212
DALLAST, TX 75231

KHALAD AMER
1800 JUNIUS STREET
FORT WORTH, TX 76103

SUNITA ACHARYA
4170 N CORAL SPRINGS DR
FORT WORTH, TX 76123

BAHAREH REZAEIAN
721 W POWELL AVE
FORT WORTH, TX 76110

ZOE WILKERSON
1203 BROOKLAWN DRIVE
ARLINGTON, TX 76018

MARWA AL IBRAHIM
804 DOE MEADOW DR
BURLESON, TX 66028

FARAH OMAR
5716 REMINGTON LAKE DR APT #2102
FORT WORTH, TX 76132

DULCE GARZA
904 SUGAR PLUM LANE
ARLINGTON, TX 76015

LEONARD NDABAHINUYE
6104 BELL SPRINGS ST
FORT WORTH, TX 76123

NEGENA QADIRI
10553 KATALPA DR
FORT WORTH, TX 76179

MARIE-CLEMENCE NDAGANO
560 LONG MEADOW DRIVE
HASLET, TX 76052

FRANCKLYNE PANOU
7721 DECOY STREET
ARLINGTON, TX 76002

FARWA FAKHRY
8300 BROOK WATER DRIVE, APT 514
FORT WORTH, TX 76120

FAZLUR MUZAFFARY
129 CORINNA CT
HURST, TX 76053

FAROUQ MAHFUZ
1402 NORTH RUSK STREET
WEATHERFORD, TX 76086

UNIQUE JAMISON
3741 BONNIE DR, UNIT A
FORT WORTH, TX 76116

RAZAW FAUZI
1952 PARK AVE S 114
ARLINGTON, TX 76010

MERCY BOAMAH
841 HUTCHINS DR
CROWLEY, TX 76036

GHEZAAL GHANI
5625 COMO DR
FORT WORTH, TX 76107

ROOHULLAH SHEKAIB
6224 HIGHLAND AVE 003
HALTHOM CITY, TX 76117

KAMIL HUSSEIN
4501 REGAL RIDGE DR
FORT WORTH, TX 76119

ETHAN BRIGGS
1805 EASTWOOD CT
MANSFIELD, TX 76063

KATIE BOATRIGHT
7141 OLD SANTA FE TRAIL
FORT WORTH, TX 76131

AGNES ONDIEK
740 STONE WATER DR APT 712
FORT WRTH, TX 76120

AMINEH SHARIFI
3801 W G DANIELS DR 3206
FORT WORTH, TX 76105

SANDRA JIMU
1608 RIO SECCO DRIVE
FORT WORTH, TX 76131

AVADHESH ADHIKARI
3933 TARPON SPRING DRIVE
FORT WORTH, TX 76123

KAICEE SIMPSON
1817 GARNER RD
FORT WORTH, TX 76108

VESTINE NIMENYA
4409 JESSICA STREET
FORT WORTH, TX 76244

MAIS MOHAMMAD
3208 CURRIE ST, APT 611
FORT WORTH, TX 76133

GRACIA RAMAZANI
2972 MEADOWGLEN CIRCLE APT B
FORT WORTH, TX 76116

MARZIEH HOSSEINPOOR
2800 CRESTON AVE.
FORT WORTH, TX 76133

NAJIA KHALIL YAR
141 MANCHESTER DR, APT# 338
EULESS, TX 76039

ANNA WHITSON
6400 ESPANA DR
FORT WORTH, TX 76133

MEGAN LAUDERDALE
251 HIGH MEADOWS DR
WEATHERFORD, TX 76088

ESPERANCE MUGISHA
9412 RED BRUSH TRAIL
FORT WORTH, TX 76131

SABIR SHARIF
2308 GALLERIA DR 5910
FORT WORTH, TX 76119

SESELIA DALA
302 S MAIN ST
EULESS, TX 76040

SANGO KINGOMBE
6656 OTTAWA WAY APT 10210
FORT WORTH, TX 76135

CHYAHKYI NAW
5804WENTWORTH ST
FORT WORTH, TX 76132

HAYDER AL JUMAILI
705 S CENTER ST, 8
ARLINGTON, TX 76010

NOORULLAH RAMAKI
2200 JACOCKS LANE, APT# 2314
FORT WORTH, TX 76115

MICHAEL SCHATTLE
523 SUMMIT DR
COPPER CANYON, TX 75077

GARDINYAH AL BEHADILI
5704 VALLEY VIEW TRAIL
HALTOM CITY, TX 76137

MEAGHAN PURNELL
1727 CORNERSTONE PLACE DRIVE
KATY, TX 77450

MICHEL SANCHEZ
2314 HOLLYFIELD LN
KATY, TX 77493

JESSICA PHILLIPS
101 HARBETH DR
PITTSBURGH, PA 15237

YANIRA PERAZA
3634 BRIER GARDENS DRIVE
HOUSTON, TX 77082

KATHERINE GUZMAN
6411 MAJESTY LN
HOUSTON, TX 77085

JENNIFER LINSCOMB
705 MAIN ST, UNIT 308
HOUSTON, TX 77002

JESSICA GARCIA
1950 SPENWICK DRIVE, #302
HOUSTON, TX 77055

JAZMIN CUELLAR-ROBLES
22203 RUSTIC BRIDGE LANE
HUMBLE, TX 77339

PAIGE BUELL
4001 GREELEY STREET APT 18
HOUSTON, TX 77006

ABDUL RAHMAN
6730 DE MOSS DR, APT 136
HOUSTON, TX 77074

SHAHAD AL KINDI
2742 JEANETTA STREET APT 1224
HOUSTON, TX 77063

CAROLINA RAMOS
17319 BENT CYPRESS DRIVE
SPRING, TX 77388

MAHA YAQOOB
2411 FONDREN ROAD APT 1333
HOUSTON, TX 77063

SELIMA FERCHIOU
2411 FONDREN RD. APT 1214
HOUSTON, TX 77063

ARSHIA AMINI
19175 CYPRESS CHURCH RD
CYPRESS, TX 77433

JAMAL NASIR ASIL
6746 DE MOSS DR APT 189
HOUSTON, TX 77074

CHELSEA TAYLOR
5880 INWOOD DRIVE APT 2007
HOUSTON, TX 77057

NAILA NAWAZ
5231 PEBBLE BLUFF LANE
SUGAR LAND, TX 77479

ZAHIDULLAH ZAHID
6233 GULFTON ST, APT 3004
HOUSTON, TX 77081

SARAH MARQUIS
222 MARSHALL ST
HOUSTON, TX 77006

ASHLEY OCAMPO
9901 CLUB CREEK APT 286
HOUSTON, TX 77036

JULIA VOLPE
1219 WEST BELL ST.
HOUSTON, TX 77019

MEGAN PERRY
6315 PORTAL DR.
HOUSTON, TX 77096

FARIDA HUSSAINI
6001 GULFTON STREET APT #652
HOUSTON, TX 77081

BASHIR NABIZADA
6233 GULFTON ST
HOUSTON, TX 77081

ZAHRA FOROGH
8900 FONDREN RD, APT# 178B
HOUSTON, TX 77074

ABDUL AZIMI
6233 GULFTON ST, APT 3008
HOUSTON, TX 77081

HABIB HADES
14551 BEECHNUT STREET APT 5207
HOUSTON, TX 77083

DENIS DURON ZAVALA
2232 S PINEY POINT # 106
HOUSTON, TX 77063

GHULAM RASOOL YOUSOFI
6711 HORNWOOD DR APT # 257
HOUSTON, TX 77074

AISHA KARIM
6548 BROMPTON ROAD
HOUSTON, TX 77005

ELIZABETH EARLY
1811 OAK FORK CIRCLE
PEARLAND, TX 77581

GABRIEL ROSCOM
13506 AMBER LODGE LN
HOUSTON, TX 77083

LILIANA HERNANDEZ
12750 BRIAR FOREST DR. APT. 1912
HOUSTRON, TX 77077

LIZETTE PACHECO
2389 HAMBURG ST
BROWNSVILLE, TX 78520

JULISSA MATA
8508 CARMEN AVILA ROAD
EDINBURG, TX 78542

JULISSA MOTA
1525 BEEFMASTER STREET
MERCEDES, TX 78570

EMILY RODRIGUEZ
5169 DONNA DRIVE
BROWNSVILLE, TX 78526

MARIA HERNANDEZ
6772 GOLDEN COVE DRIVE
BROWNSVILLE, TX 78526

PATRICIA ALVAREZ
35 BAHIA CIR
BROWNSVILLE, TX 78521

MERCEDES PEREZ
4508 DALLAS ST
DONNA, TX 78537

JORGE CAMARILLO
101 E GREG DRIVE
PHARR, TX 78577

MARIA DEL CASTREJON
4721 N. BENTSEN RD
MCALLEN, TX 78504

NAIROBY RAMIREZ
1107 RED ROCK RANCH
SAN ANTONIO, TX 78245

MOHAMMAD BILAL MIRBAT ZAI
3830 PARKDALE DR, APT# 7308
SAN ANTONIO, TX 78229

SARAHI CALDERON
3943 KEY WEST WAY
CONVERSE, TX 78109

GIADA BLEEKER
11614 VALLEY GARDEN
SAN ANTONIO, TX 78245

NANG NANGIALY
4635 HAMILTON WOLFE RD
SAN ANTONIO, TX 78229

NADIA ALVAREZ
6506 HOOFS
SAN ANTONIO, TX 78240

MUJEEBULLAH HAMIDI
3830 PARKDALE RD
SAN ANTONIO, TX 78229

NILOFAR PAEZ
4400 HORIZON HILL BLVD  2310
SAN ANTONIO, TX 78229

SHAKIRA RODRIGUEZ
513 CANDLEGLO DR
SAN ANTONIO, TX 78239

HENRY LOPEZ
1434 W FELIX ST
FORT WORTH, TX 76115

EVELYN FREEMAN
3815 HOLLAND AVE, #5
DALLAS, TX 75219

ERICA L SCHMIDT-PORTNOY
8109 BRIARWOOD LANE
AUSTIN, TX 78757

DIANE MILLER
2913 LANCER LANE
GARLAND, TX 75044

DAVID MCKEEVER
4419 CEDAR ELM CIRCLE
RICHARDSON, TX 75082

DOREEN MEEKSHEWES
3610 MACKENZIE LANE
RICHARDSON, TX 75082

ANGELA KRAMER-HEALY
8535 PLAINVIEW ROAD
KRUM, TX 76249

Sterling Administration
Attn: Bankruptcy Department
PO Box 71107
Oakland, CA  94612

5410 N. Braeswood Blvd Houston LLC
9251 Burdine St.
Houston, TX 77096